BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>                             )<br>     v.                      )<br>                             )<br> SANTIAGO LARIOS-DELGADO,     )<br>                             )<br>            Defendant.       )<br>_____) | Case No. 1:10-cr-00435 OWW<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE; ORDER<br><br><br>Date:  January 24, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for January 10, 2011, may be continued to **January 24, 2011, at 9:00 a.m.**

The reason for the continuance is to allow for continuity of counsel and further case preparation, investigation, and plea negotiations. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

```
1  Dated: December 17, 2010            Respectfully submitted,

2                                      BENJAMIN B. WAGNER
                                       United States Attorney
3
                                  By:  /s/ Ian L. Garriques
4                                      IAN L. GARRIQUES
                                       Assistant U.S. Attorney
5

6

7  Dated: December 17, 2010       By:  /s/ Marc J. Days
                                       MARC J. DAYS
8                                      Attorney for Defendant
```

## O R D E R

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   December 17, 2010**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE